# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

_____

MARLON ANDRES CASTILLO
MIDENCE, *individually and on behalf
of himself and others similarly-situated*,

    Plaintiff,

v.

MJ FRAMING & DRYWALL, LLC, *and*
MIGUEL ORTIZ, *individually*, JOSE ORTIZ,
*individually*, *and* BENJAMIN WARD,
*individually*,

    Defendants.

Case No. 2:23-cv-02425-MSN-cgc
JURY DEMAND

_____

# JUDGMENT
_____

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint (ECF No. 1), filed July 13, 2023,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Renewed Joint Motion for Order Approving Resolution of FLSA Claim, (ECF No. 33), filed January 24, 2024, this matter is hereby **DISMISSED WITH PREJUDICE**.

**APPROVED:**

*s/ Mark S. Norris*_____
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

January 24, 2024_____
Date